UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 1:06-CR-21ML
)
ANDERSON GARCIA )

---

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Anderson Garcia, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's April trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). Counsel for both parties have been diligently engaged in discovery in this matter, and have begun plea negotiations in an attempt to resolve the matter without the need for trial.

The exclusion of a period of thirty (30) days in this matter will allow counsel for the accused to fully research the legal issues, sentencing issues, and discuss a possible plea with the Defendant. Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The Government, through AUSA Mary Rogers, joins in this requested continuance.

Respectfully submitted
Anderson Garcia
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Mary Rogers, Assistant United States Attorney, on February 27, 2006.