UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0021ML |
| | ) | |
| ANDERSON GARCIA | ) | |

NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY

Now comes Anderson Garcia, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment. Mr. Garcia requests the Court to schedule a change of plea hearing at the earliest convenience.

Respectfully Submitted
Anderson Garcia,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Stephanie S. Browne, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 16th day of March, 2006.