IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-021ML |
| | ) | |
| ANDERSON GARCIA | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO ENLARGE THE TIME
FOR FILING OBJECTIONS TO PRE-SENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Defendant's Motion to Enlarge the Time for Filing Objections to Pre-Sentence Report as follows.

The government does not object to the defendant's motion to Enlarge the Time for Filing Objections to Pre-Sentence Report.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 22nd day of June, 2006, I mailed a true copy of the Government's Response to Defendant's Motion to Enlarge the Time for Filing Objections to Pre-Sentence Report, ordinary mail and postage prepaid, to:

Kevin J. Fitzgerald
Federal Public Defender
10 Weybosset Street
3rd Floor
Providence, Rhode Island 02903

Paula Harvey