**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** )
)
**VS.** ) **CR No. 1:06-CR-21ML**
)
**ANDERSON GARCIA** )

**MOTION TO ENLARGE THE TIME FOR FILING OBJECTIONS TO PRE-SENTENCE REPORT**

Now comes the accused, Anderson Garcia, by and through his counsel, and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that counsel has been preparing for and involved in the trial of United States vs. Robert Taylor and further states the he is court-excused and will be on vacation from June 26 through and including July 5, 2006. For this reason the defendant is seeking an enlargement of time from June 30, 2006 to July 7, 2006

Granted.
Mary M. Lisi
USDJ 6/22/06

Respectfully submitted
Anderson Garcia
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Stephanie Browne, Assistant United States Attorney and USPO Brian Pletcher, on June 21, 2006.