UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0021ML |
| | ) | |
| ANDERSON GARCIA | ) | |

MOTION FOR SENTENCE CONSIDERATION

Now comes Anderson Garcia, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). In *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005), the Supreme Court struck down the mandatory element of the sentencing guidelines, rendering them advisory only. 125 S. Ct. at 755-56. The Court must now sentence Mr. Garcia pursuant to 18 U.S.C. § 3553(a) in a reasonable manner. *Id.* at 765-68. After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is sufficient to comply with 18 U.S.C. § 3553(a), and impose the statutory mandatory minimum sentence. Attached is Mr. Garcia's memorandum in support of this motion.

Respectfully Submitted
Anderson Garcia,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Stephanie S. Browne, 50 Kennedy Plaza, 8th Floor, Providence 02903, and to USPO Brian Pletcher, 36 Exchange Terrace, Providence 02903 on this the 18th day of July, 2006.